In the Matter of DEBRAUN M., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; WALTER C., Appellant. (Proceeding No. 1.)

In the Matter of JERMAINE M., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; WALTER C., Appellant. (Proceeding No. 2.)

Submitted February 13, 2007; decided May 1, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

In the Matter of ASEM ELDAGHAR, Appellant, v NEW YORK CITY HOUSING AUTHORITY et al., Respondents.

Submitted April 2, 2007; decided May 1, 2007

Motion for reargument of motion for leave to appeal denied [see 8 NY3d 804].

GABRIEL CAPITAL, L.P., et al., Appellants, v CAIB INVESTMENT-BANK AG., Respondent, et al., Defendant.

Submitted January 29, 2007; decided May 1, 2007

Motion for reargument of motion for leave to appeal denied [see 7 NY3d 922].